IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  April 15, 2016
Court Reporter:        Gwen Daniel              Time: twenty-three minutes

_____

Criminal Action No.  15-cr-00394-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Pegeen Rhyne
                                              Thomas O'Rourke
        Plaintiff,

v.

1.  DARYL YUREK, and                          Pamela Mackey
2.  WENDY YUREK,                              *pro se*

        Defendants.

_____

### COURTROOM MINUTES
_____

STATUS HEARING

10:00 a.m.     Court in Session

Appearances

Defendants are present and on bond.

This matter is before the Court on the Government's motion for a status conference.

After the Court granted the motion for a status conference, Defendant Wendy Yurek filed, *pro se, a* Motion for Reconsideration of Request For Appointment of Counsel [63].

Ms. Rhyne's comments

Court's colloquy with Wendy Yurek

Oath administered to Wendy Yurek.

Discussion between the Court and Ms. Rhyne

Court's continued colloquy with Defendant Wendy Yurek

**ORDERED:** **Defendant Wendy Yurek's** *pro se* **Motion for Reconsideration of Request For Appointment of Counsel [63] is GRANTED IN PART. She shall be appointed counsel from the CJA Panel to represent her.**

**This matter is referred to the duty Magistrate Judge for a determination as to the appropriate contribution by the defendant towards the costs of the CJA panel attorney, based on her income and expenses.**

**ORDERED:** **Defendants' bonds are continued.**

10:23 a.m.   Court in Recess
Conference concluded.